BRIDGET CROWLEY *vs.* RICHARD BURKE *et ux.*

PROVIDENCE—MAY 21, 1894.

A person from whom money has been stolen is not entitled to sue for the same until complaint for the crime has been made and process issued thereon.

DEFENDANT'S petition for a new trial.

PER CURIAM.   According to the testimony of the plaintiff, the defendant, Mrs. Burke, robbed her of the $135, for which she sues.   This being so, Pub. Stat. R. I. cap. 204, § 22, requires that in order to entitle her to sue for the money, she should have first made a complaint for the crime and had process issued on the complaint.   This she did not do.   The court, therefore, properly directed a verdict for the defendants.

The petition for a new trial is denied and dismissed, and the case remitted to the Common Pleas Division, with direction to enter judgment on the verdict.

*John M. Brennan*, for plaintiff.

*George J. West*, for defendants.